**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-7177**

TRAVIS L. WATSON,

       Plaintiff - Appellant,

    v.

DETECTIVE MCPHATTER; DETECTIVE ALTIZER; DETECTIVE LUDEMANN,

       Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:17-cv-00934-LCB-LPA)

Submitted:  April 22, 2021                       Decided:  April 26, 2021

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Travis L. Watson , Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis L. Watson seeks to appeal the district court's July 30, 2020, order adopting the magistrate judge's recommendation and granting summary judgment to some, but not all, of the Defendants named in his 42 U.S.C. § 1983 civil action challenging an alleged illegal search and seizure. Watson's § 1983 claim against one defendant remains pending in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Watson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*